PROB 12C
(6/16)

Report Date: January 23, 2017

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Ray Hammer     Case Number: 0980 1:14CR02007-TOR-1

Address of Offender:      Union Gap, Washington 98903

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 24, 2014
Re-sentencing Date: October 11, 2016

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 180 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Re-sentencing: (10/11/2016) | Prison - 48 Months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Alvin Guzman | Date Supervision Commenced: November 30, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 29, 2019 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Standard Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: Mr. Hammer tested positive for amphetamine and methamphetamine on December 5, 2016.

On December 5, 2016, Mr. Hammer reported to the probation office for a supervision intake. He was directed to submit to a drug test to which he tested presumptive positive for amphetamine. Mr. Hammer was confronted regarding his illegal drug use to which he later admitted having used the controlled substance. On December 11, 2016, Alere Toxicology Services confirmed the positive test results for the presence of amphetamine and methamphetamine.

Prob12C
**Re: Hammer, Anthony Ray**
**January 23, 2017**
Page 2

    2    **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Hammer tested positive for amphetamine and methamphetamine on January 9, 2017.

On January 9, 2017, Mr. Hammer provided a urine sample at Merit Resource Services (Merit). On January 18, 2017, Merit received confirmation from Cordant Health Solutions indicating the specimen the defendant provided was confirmed positive for the presence of amphetamine and methamphetamine. On January 20, 2017, Mr. Hammer was confronted regarding his illegal drug use to which he again admitted to having used the substance.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 23, 2017

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

January 23, 2017
Date